1  FRANKLIN C. ADAMS, Bar No. 85351
   franklin.adams@bbklaw.com
2  CATHY TA, Bar No. 261880
   cathy.ta@bbklaw.com
3  BEST BEST & KRIEGER LLP
   3390 University Avenue, 5th Floor
4  P.O. Box 1028
   Riverside, CA 92502
5  Telephone: (951) 686-1450
   Facsimile: (951) 686-3083
6
   Attorneys for Robert S. Whitmore, Chapter 7
7  Trustee for the Bankruptcy Estate of James Lloyd
   Walker
8

9              UNITED STATES BANKRUPTCY COURT

10             CENTRAL DISTRICT OF CALIFORNIA

11                  RIVERSIDE DIVISION

12

13  In re:                              Case No. 6:15-bk-21418-MH

14  JAMES LLOYD WALKER,                 Chapter: 7

15              Debtor,                 NOTICE OF TRUSTEE'S INTENTION TO
                                        ABANDON REAL PROPERTIES OF THE
16                                      BANKRUPTCY ESTATE AS FOLLOWS:

17                                      (1) 26492 Blue Water Rd., Helendale, CA

18                                      (2) 6425 Ocotillo, 29 Palms, CA;

19                                      DECLARATION OF ROBERT S.
                                        WHITMORE IN SUPPORT THEREOF
20
                                        (No hearing required. LBR 6007-1.)
21

22

23

24

25

26

27

28

23336.00093\30273512.2

1    **TO THE DEBTOR, DEBTOR'S COUNSEL, ALL CREDITORS AND PARTIES IN**

2    **INTEREST:**

3      **NOTICE IS GIVEN** that unless an objection is made and a hearing is timely requested

4    by a party in interest in the manner set forth below, Robert S. Whitmore, the Chapter 7 Trustee

5    ("Trustee") for the bankruptcy estate of James Lloyd Walker (the "Debtor"), intends to abandon

6    all of the bankruptcy estate's legal or equitable interests in the following real properties:

7      1.  Commonly known as 26492 Blue Water Road, Helendale, California (the

8    "Helendale Property").  A true and correct copy of the legal description of the Helendale Property

9    is attached as Exhibit A to the Declaration of Robert S. Whitmore ("RSW Dec.").

10      2.  Commonly known as 6425 Ocotillo, 29 Palms, California (the "29 Palms

11    Property" and together with the Helendale Property, the "Properties").  A true and correct copy of

12    the legal description of the 29 Palms Property is attached as Exhibit B to the RSW Decl.

13      **NOTICE IS FURTHER GIVEN** that this Notice is made pursuant to 11 U.S.C. § 554(a)

14    and Local Bankruptcy Rule 6007-1(a), and that the bases for the Trustee's intention of

15    abandonment of the Properties is as follows:

16      1. On November 23, 2015, the Debtor filed a voluntary petition for Chapter 7 relief and

17        Schedule A/B listing:

18        a. The Helendale Property with a market value of $296,912 and subject to

19          secured claims of $628,325.29; and

20        b. The 29 Palms Property with a market value of $70,860 and subject to secured

21          claims of $100,055.50;

22      2. With respect to the Helendale Property, on September 29, 2017, secured creditor

23        Bayview Loan Servicing LLC ("Bayview") filed a Motion for Relief from the

24        Automatic Stay ("Bayview's Motion"), stating the value of the Helendale Property as

25        $296,912 and identifying liens against the Helendale Property in the total amount of

26        $819,171.96.  On October 26, 2017, the Court entered an order granting Bayview's

27        Motion (docket no. 96), allowing Bayview to proceed with foreclosure proceedings

28        against the Helendale Property.  The lien claims against the property and the potential

LAW OFFICES OF
BEST BEST & KRIEGER LLP
3390 UNIVERSITY AVENUE, 5TH FLOOR
P.O. BOX 1028
RIVERSIDE, CA 92502

NOTICE OF TRUSTEE'S INTENTION TO
ABANDON REAL PROPERTIES OF THE
BANKRUPTCY ESTATE AS FOLLOWS:

LAW OFFICES OF
BEST BEST & KRIEGER LLP
3390 UNIVERSITY AVENUE, 5TH FLOOR
P.O. BOX 1028
RIVERSIDE, CA 92502

1   costs of sale *exceed* the market value of the Helendale Property.

3.   With respect to the 29 Palms Property, the value of the 29 Palms Property is approximately $87,500 and subject to Bank of America's Deed of Trust in the amount of $100,000 and America's Wholesale Lender in the amount of $105,000.  The lien claims against the property and the potential costs of sale *exceed* the market value of the 29 Palms Property.

4.   The Trustee believes that after costs typically attendant to sale:  (a) the Properties are of inconsequential value or benefit to the bankruptcy estate; (b) there is no realizable equity in the Properties; (c) the administration of the Properties would be unduly burdensome; and (d) the proposed abandonment is in the best interests of the bankruptcy estate.

**NOTICE IS FURTHER GIVEN** that pursuant to Local Bankruptcy Rule 6007-1(c), any objection and request for a hearing, must be filed and served not more than 14 days after service of this Notice, as follows:  (1) filed with the Clerk of the Bankruptcy Court; and (2) served on: (a) the Robert S. Whitmore, the Chapter 7 Trustee, at 3600 Lime Street, Suite #616, Riverside, California 92501; (b) the Trustee's attorney, Franklin C. Adams of Best Best & Krieger LLP, at P.O. Box 1028, Riverside, California 92501; and (c) the Office of the United States Trustee, at 3801 University Avenue, Suite 720, Riverside, California 92501.  Pursuant to Local Bankruptcy Rule 6007-1(d), if no timely objection and request for a hearing is filed and served, the Properties shall be deemed abandoned without further order of the Court.

Dated: October 26, 2017                    BEST BEST & KRIEGER LLP


By: /s/ Franklin C. Adams
       FRANKLIN C. ADAMS
       CATHY TA
       Attorneys for Robert S. Whitmore, Chapter
       7 Trustee for the Bankruptcy Estate of
       James Lloyd Walker

1

## DECLARATION OF ROBERT S. WHITMORE

2    I, Robert S. Whitmore declares as follows:

3    3.    I am the duly appointed and acting Chapter 7 Trustee of the Bankruptcy Estate of

4    James Lloyd Walker (the "Debtor"), case no. 6:15-bk-21418-MHJ filed on November 23, 2015.

5    4.    My business address is 3600 Lime Street, Suite #616, Riverside, California 92501.

6    My telephone number is (951) 276-9292.

7    5.    I have personal knowledge of the following facts, unless as otherwise stated, and if

8    called as a witness, I could and would competently testify thereto.

9    6.    This Declaration is made in support of my *Notice of Trustee's Intention to*

10    *Abandon Real Properties of the Bankruptcy Estate as Follows:  (1) 26492 Blue Water Rd.,*

11    *Helendale, CA; and (2) 6425 Ocotillo, 29 Palms, CA* ("Notice").

12    7.    On November 23, 2015, the Debtor filed a voluntary petition for Chapter 7 relief

13    and Schedule A/B listing:

14          a.    26492 Blue Water Road, Helendale, California (the "Helendale Property"),

15          with a market value of $296,912 and subject to secured claims of $628,325.29; and

16          b.    6425 Ocotillo, 29 Palms, California (the "29 Palms Property" and together

17          with the Helendale Property, the "Properties"), with a market value of $70,860 and subject

18          to secured claims of $100,055.50.

19    A true and correct copy of the legal description of each of the Helendale Property and the 29

20    Palms Property is attached hereto as Exhibit A and Exhibit B respectively.

21    8.    With respect to the Helendale Property, on September 29, 2017, secured creditor

22    Bayview Loan Servicing LLC ("Bayview") filed a Motion for Relief from the Automatic Stay

23    ("Bayview's Motion"), stating the value of the Helendale Property as $296,912 and identifying

24    liens against the Helendale Property in the total amount of $819,171.96.  On October 26, 2017,

25    the Court entered an order granting Bayview's Motion (docket no. 96), allowing Bayview to

26    proceed with foreclosure proceedings against the Helendale Property.  The lien claims against the

27    property and the potential costs of sale *exceed* the market value of the Helendale Property.

28

LAW OFFICES OF
BEST BEST & KRIEGER LLP
3390 UNIVERSITY AVENUE, 5TH FLOOR
P.O. BOX 1028
RIVERSIDE, CA 92502

9.      With respect to the 29 Palms Property, the value of the 29 Palms Property is approximately $87,500 and subject to Bank of America's Deed of Trust in the amount of $100,000 and America's Wholesale Lender in the amount of $105,000.  The lien claims against the property and the potential costs of sale *exceed* the market value of the 29 Palms Property.

10.      I believe that after costs typically attendant to sale:  (a) the Properties are of inconsequential value or benefit to the bankruptcy estate; (b) there is no realizable equity in the Properties; (c) the administration of the Properties would be unduly burdensome; and (d) the proposed abandonment is in the best interests of the bankruptcy estate.

11.      I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 2nd day of November, 2017, in the City of Riverside, California.

Robert S. Whitmore, declarant

LAW OFFICES OF
BEST BEST & KRIEGER LLP
3390 UNIVERSITY AVENUE, 5TH FLOOR
P.O. BOX 1028
RIVERSIDE, CA 92502

# EXHIBIT A

Exhibit "A"

LOT 400, TRACT NO. 8320, IN THE COUNTY OF SAN BERNARDINO, STATE OF CALIFORNIA, AS PER
PLAT RECORDED IN BOOK 111 OF MAPS, PAGES 68 THROUGH 78, RECORDS OF SAID COUNTY.
EXCEPTING THEREFROM ALL OIL, GAS, MINERALS AND OTHER HYDROCARBON SUBSTANCES
BELOW A DEPTH OF 500 FEET, WITHOUT RIGHTS OF SURFACE ENTRY, AS RESERVED IN
INSTRUMENTS OF RECORD.

EXCEPTING THEREFROM ALL OIL, GAS AND OTHER HYDROCARBON SUBSTANCES,
UNDERGROUND WATER AND ALL RIGHTS INCIDENT THERETO, AS RESERVED IN THE DEED
RECORDED OCTOBER 6, 1971, IN BOOK 7768, PAGE 739, OFFICIAL RECORDS OF SAN BERNARDINO
COUNTY

# EXHIBIT B

99999.91385\7770517.1

H183FW17

# SCHEDULE A

THE FOLLOWING DESCRIBED PROPERTY IN TWENTYNINE PALMS, COUNTY OF SAN BERNARDINO, STATE OF CALIFORNIA:

LOT 41, OF TRACT NO. 2512 AS SHOWN ON MAP FILED IN THE OFFICE OF THE COUNTY RECORDER OF SAN BERNARDINO COUNTY.

PROPERTY ADDRESS: 6425 OCOTILLO AVE

PARCEL ID: 0623-015-18

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
3390 University Ave., 5th Floor, Riverside, CA  92501

A true and correct copy of the foregoing document entitled (*specify*): _____
**NOTICE OF TRUSTEE'S INTENTION TO ABANDON REAL PROPERTIES OF THE BANKRUPTCY ESTATE AS FOLLOWS: (1) 26492 BLUE WATER RD., HELENDALE, CA; (2) 6425 OCOTILLO, 29 PALMS, CA; DECLARATION OF ROBERT S. WHITMORE IN SUPPORT THEREOF**
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) November 3, 2017   , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) November 3, 2017    , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) November 3, 2017 , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 3, 2017 | Lisa Spencer | *Lisa Spencer* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                     **F 9013-3.1.PROOF.SERVICE**

# SERVICE LIST

In re: James Lloyd Walker
6:15-bk-21418-MH

## No. 1 (NEF)

- Franklin C Adams    franklin.adams@bbklaw.com,
  arthur.johnston@bbklaw.com;lisa.spencer@bbklaw.com
- Shraddha Bharatia    notices@becket-lee.com
- Mark T. Domeyer    mdomeyer@denleyinvestment.com
- Everett L Green    everett.l.green@usdoj.gov
- Edward G Schloss    egs2@ix.netcom.com
- United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov
- Robert Whitmore (TR)    rswtrustee@yahoo.com, rwhitmore@ecf.epiqsystems.com

## No. 3 (Personal Delivery)

Hon. Judge Mark M. Houle
United States Bankruptcy Court
Bin Outside RS Courtroom 303

## No. 2 (U. S. Mail)

**Debtor**
James Lloyd Walker
P. O. Box 2934
Helendale, CA  92342

**Creditor Body**

**Advanta Bank**
700 Dresher Rd.
Horsham, PA  19044-2206

**American Express**
PO Box 981537
El Paso, TX 79998

**American Express Bank**
c/o Becket and Lee LLP
P. O. Box 3001
Malvern, PA  19355-0701

**Aurora Bank FSB**
10350 Park Meadows Dr Ste 500
Lone Tree, CO 80124

**Aurora Loan Services**
10350 Park Meadows Drive
Lone Tree, CO 80124

**Bank of America**
PO Box 982238
El Paso, TX 79998-2238

**Bank of America**
PO Box 941852
Simi Valley, CA 93094-1852

**BANKRUPTCY SECTION MS A340**
FRANCHISE TAX BOARD
PO BOX 2952
SACRAMENTO CA 95812-2952

**Caine & Weiner**
PO Box 5010
Woodland Hills, CA 91365

**Capital One**
PO BOX 30281
Salt Lake City, UT 84130

**Capital One Bank**
PO BOX 30281
Salt Lake City, UT 84130

**Carroll EMC**
155 GA-113
Carrollton, GA 30117

**Chase**
P.O. Box 24696
Columbus, OH 43224-0696

**Chase**
P.O. Box 15298
Wilmington, DE 19850-5298

**Dept of Education Sallie Mae**
PO Box 9635
Wilkes Barre, PA 18773

**Enterprise Rent-A-Car**
1060 S. Fair Oaks Ave.
Pasadena, CA 91105

**FIA Card Services, N.A.**
P.O. Box 15026
Wilmington, DE 19850-5026

**High Desert Creditors**
14608 Main St., Ste. B
Hesperia, CA 92345

**Hunt & Henriques**
151 Bernal Road, Suite 8
San Jose, CA 95119

**Joshua Tree Mun Court**
6257 White Feather Rd
Joshua Tree, CA 92252

**Nationstar**
PO Box 650783
Dallas, TX 75265

**Online Collections**
PO Box 1489
Winterville, NC 28590

**Pite Duncan**
4375 Jutland Drive
Ste. 200
San Diego, CA 92117

**Portfolio Recovery Associates**
120 Corporate Blvd Ste 100
Norfolk, VA 23502

**Quality Loan Service Corp.**
2141 5th Ave.
San Diego, CA 92101

**Real Time Resolutions**
1750 Regal Row, Ste. 120
Dallas, TX 75235

**Real Time Resolutions, Inc.**
1349 Empire Central Drive, Suite #150
Dallas, Texas 75247-4029

**Select Portfolio Servicing**
PO Box 65250
Salt Lake City, UT 84165

**Select Portfolio Servicing**
3815 S West Temple, Ste 2000
Salt Lake City, UT 84115

**Victor Valley Global Med Ctr**
15248 11th Street
Victorville, CA 92395

**Victorville Muni-San Ber**
14455 Civic Dr
Victorville, CA 92392

**Wells Fargo Financial Cards**
PO Box 14517
Des Moines, IA 50306